# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00144-CV

**Maegen Jeanine Fletcher, Appellant**

**v.**

**Pingora Loan Servicing, LLC, Its Successors and Assigns, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 18-1385-CC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed joint motion to dismiss this appeal. The parties have requested that this Court (1) vacate the trial court's judgment and dismiss the cause without prejudice; (2) require the release of all supersedeas funds, including interest, if any, to Maegen Jeanine Fletcher; and (3) tax the costs of appeal against the party incurring them. The parties have also agreed that the mandate may issue early as allowed under Texas Rule of Appellate Procedure 18.1(c).

We grant the motion. We vacate the Williamson County Court's judgment and dismiss the cause without prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A); *id.* R. 43.2(e) (allowing court of appeals to vacate trial court's judgment and dismiss case).

_____
Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Joint Motion

Filed: March 11, 2020